**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JILL ELIZABETH HUNTER, | Case No.: 1:17-cv-00952-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE THE CERTIFIED ADMINISTRATIVE RECORD |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 7) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file the administrative record in this matter on or before January 4, 2018.

IT IS SO ORDERED.

Dated: **December 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1