# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL ELIZABETH HUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-00952-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION FO TIME FOR PLAINTIFF TO FILE HER OPENING BRIEF<br><br>(ECF No. 12) |

On April 11, 2018, the parties filed a stipulation extending the time for Plaintiff to file her opening brief in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 11, 2018;

2. Defendant's responsive pleading shall be filed on or before June 11, 2018; and

3. Plaintiff's reply, if any, shall be filed on or before June 26, 2018.

IT IS SO ORDERED.

Dated:  **April 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1