Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JILL ELIZABETH HUNTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL ELIZABETH HUNTER ) | Case No.: 1:17-cv-00952-JDP |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME TO |
| v. ) | FILE OPENING BRIEF; ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | (SECOND REQUEST) |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Jill Elizabeth Hunter and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulated, subject to this court's approval, to extend the time by 30 days from April 11, 2018 to May 11, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to finish this motion. Counsel has been working on this motion but was called out of town this weekend on a family

matter leaving before the motion was completed. Then when counsel returned to the office, the ALJ required appeared in Medford, Oregan. Counsel is leaving shortly for a flight and is unable to attend to this matter timely. Counsel is working diligently but she was not able to complete this timely. Counsel departure is unexpected and counsel is working zealously to complete this matter. Counsel respectfully requests one-week extension as she will not return until Wednesday and has another out of town hearing on Friday. Counsel will do all she can to file this by Monday May 21, 2018. Counsel respectfully makes this request in good faith and for good cause.

DATE: May 14, 2018        Respectfully submitted,

LAWRENCE D. ROHLFING

BY: _/s/ *Denise Bourgeois Haley*_____
    Denise Bourgeois Haley

Attorney for plaintiff Ms. Jill Elizabeth Hunter


DATE:  May 14, 2018        MCGREGOR W. SCOTT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel
        Social Security Administration


BY: _/s/ *Jennifer A. Kenney*_____
    Jennifer A. Kenney
    Special Assistant United States Attorney
    Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

**<u>ORDER</u>**

For the reasons provided in the Parties' stipulation, the Court finds good cause to grant Plaintiff additional time up to and including May 21, 2018, to file the opening brief. All other remaining deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: May 18, 2018        /s/ *Jeremy D. Peterson*
                                            UNITED STATES MAGISTRATE JUDGE